UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

In this habeas corpus action, the Respondents were due to file a response to Petitioner Brewer's *pro se* habeas petition (ECF Nos. 13, 16) by November 30, 2020 (ECF No. 15).

On November 23, 2020, Respondents filed a motion for extension of time (ECF No. 18), requesting a 60-day extension of time, to January 29, 2021, to file their response. This would be the first extension of this deadline. Respondents' counsel states in the motion that the extension of time is necessary because of the time it has taken to obtain the state court record. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 18) is granted. Respondents will have until and including January 29, 2021, to file their response to the habeas petition.

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 1, 2020 (ECF No. 15) will remain in effect.

DATED THIS 23rd Day of November 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE