UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 20) on January 29, 2021. After a 24-day extension of time (ECF No. 29), Petitioner Cory O'Neal Brewer had until April 23, 2021, to file a response to the motion to dismiss.

On April 16, 2021, Brewer filed a motion for extension of time (ECF No. 30) requesting a further 30-day extension of time. As the 30-day extension would end on May 23, 2021, a Sunday, the extension would in fact be for 31 days, to Monday, May 24, 2021. Brewer, proceeding *pro se*, states that the extension of time is necessary for him to research the motion to dismiss and respond to it. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

///
///
///
///
///
///

1  It is therefore ordered that Brewer's motion for extension of time (ECF No. 30) is granted. Brewer will have until, and including May 24, 2021, to file his response to the motion to dismiss.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 1, 2020 (ECF No. 15) will remain in effect.

DATED THIS 19th Day of April 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE