UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Cory O'Neal Brewer filed an amended habeas petition, with leave of Court, on July 12, 2021. (ECF No. 39.) Respondents then had 60 days—until September 10, 2021—to file a response to the amended petition. (ECF No. 38.) On September 9, 2021, Respondents filed a motion for extension of time (ECF No. 41 ("Motion")) requesting a 45-day extension of time, to October 25, 2021, to file their response. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. (*Id*. at 2.) The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 41) is granted. Respondents will have until and including October 25, 2021, to file their response to Brewer's First Amended Petition for Writ of Habeas Corpus. (ECF No. 39.)

///

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 1, 2020 (ECF No. 15) will remain in effect.

DATED THIS 10th Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE