UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Cory O'Neal Brewer filed an amended habeas petition, with leave of Court, on July 12, 2021. (ECF No. 39.) After a 60-day initial period and a 45-day extension of time, Respondents were due to file their response to the amended petition by October 25, 2021. (ECF Nos. 38, 42.) On October 21, 2021, Respondents filed a motion for extension of time (ECF No. 43 ("Motion")), requesting a further extension of time to December 24, 2021. Since December 24, 2021, is a federal holiday, the extension will actually be a 63-day extension to December 27, 2021. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. (*Id*. at 2.) The Court finds that the Motion is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

　　　　It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 43) is granted. Respondents will have until and including December 27, 2021, to file their response to Brewer's First Amended Petition for Writ of Habeas Corpus. (ECF No. 39.)

///

///

///

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered October 1, 2020 (ECF No. 15) will remain in effect.

DATED THIS 22nd Day of October 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE