UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

　　*Pro se* Petitioner Cory O'Neal Brewer filed an amended habeas petition on July 12, 2021. (ECF No. 39.) Respondents filed a motion to dismiss on February 10, 2022. (ECF No. 47.) Under the scheduling order (ECF No. 15), Brewer has 60 days—until Monday, April 11, 2022—to respond to the motion to dismiss.

　　On March 1, 2022, Brewer filed a motion for extension of time (ECF No. 50), requesting an extension of 59 days from the filing of the motion to dismiss, which would be April 11, 2022, the current deadline. Brewer's motion for extension of time is therefore unnecessary and will be denied as moot.

　　It is therefore ordered that Petitioner Cory O'Neal Brewer's Motion for Enlargement of Time (ECF No. 50) is denied as moot. Brewer's response to Respondents' motion to dismiss is due April 11, 2022. The schedule set forth in the order entered October 1, 2020 (ECF No. 15) will remain in effect.

　　DATED THIS 2nd Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE