UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Cory O'Neal Brewer filed an amended petition for writ of habeas corpus on July 12, 2021. (ECF No. 39.) Respondents filed a motion to dismiss on February 10, 2022. (ECF No. 47.) Brewer's response to the motion to dismiss is due on April 11, 2022. (ECF No. 15.)

On March 24, 2022, Brewer filed a motion for extension of time (ECF No. 52 ("Motion")), requesting a 45-day extension—to May 26, 2022—to respond to the motion to dismiss. The Court finds that Brewer's Motion is made in good faith and not solely for the purpose of delay, and that there is good cause for the requested extension of time.

It is therefore ordered that Brewer's Motion for Enlargement of Time (ECF No. 52) is granted. Brewer will have until and including May 26, 2022, to respond to Respondents' motion to dismiss (ECF No. 47). In all other respects, the schedule set forth in the order entered October 1, 2020 (ECF No. 15) will remain in effect.

DATED THIS 24th Day of March 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE