UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| CORY O'NEAL BREWER, | Case No. 3:20-cv-00396-MMD-CLB |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Petitioner Cory O'Neal Brewer filed an amended petition for writ of habeas corpus. (ECF No. 39.) Respondents filed a motion requesting a 48-day extension of time to file a reply in support of their motion to dismiss the petition. (ECF No. 55.) The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 55) is granted. The deadline to file the reply is August 8, 2022.

DATED THIS 15th Day of July 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE