UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>                      Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                      Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

      Respondents filed a motion requesting an additional 45-day extension of time to file a reply in support of their motion to dismiss the petition. (ECF No. 57 ("Motion").) The Court had previously granted Respondents' first request for extension of 48 days. (EC No. 56.) Because the Court previously granted an extension and because the Court must ensure that it has sufficient time to address the pending motion to dismiss by the end of September, the Court will grant Respondents' Motion in part only.

      It is therefore ordered that Respondents' motion for extension of time to file a reply in support of the motion to dismiss (ECF No. 57) is granted in part. The deadline to file the reply is September 6, 2022.

      DATED THIS 8th Day of August 2022.

MIRANDA M. DU  
CHIEF UNITED STATES DISTRICT JUDGE