UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their answer to Petitioner Cory O'Neal Brewer's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 66.) The Court finds that the request is made in good faith and not solely for the purpose of delay. Thus, good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time to file an answer to the petition (ECF No. 66) is granted. The deadline to file the answer to the petition for writ of habeas corpus is January 23, 2023.

DATED THIS 8th Day of December 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE