# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>                Petitioner,<br>    v.<br><br>WILLIAM REUBART, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

Respondents seek an extension of time to file their answer to Petitioner Cory O'Neal Brewer's 28 U.S.C. § 2254 habeas corpus petition. (ECF No. 68.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Respondents' second motion for extension of time to file an answer to the petition (ECF No. 68) is granted. The deadline to file the answer to the petition for writ of habeas corpus is *March 14, 2023.*

DATED THIS 23rd Day of January 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE