UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| CORY O'NEAL BREWER, | Case No. 3:20-cv-00396-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WILLIAM REUBART, *et al.*, | |
| Respondents. | |

On March 13, 2023, Respondents filed a motion for extension of time (third request). (ECF No. 70.) On March 24, 2023, before Petitioner filed a response, Respondents filed their answer to the amended petition. (ECF No. 71.)

The Court grants the motion for extension of time (ECF No. 70) and finds that the answer is timely filed. Under the Court's November 8, 2022, order, Petitioner has up to and including Monday, April 24, 2023, to file a reply to the amended petition. (ECF No. 65.)

DATED THIS 29th Day of March 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE