UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>      Petitioner,<br><br> v.<br><br>WILLIAM REUBART, *et al.*,<br><br>      Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

  On April 20, 2023, Petitioner Cory O'Neal Brewer filed a motion for extension of time (first request) to file his reply to the amended petition. (ECF No. 73.) Petitioner seeks a 60-day extension to file his reply because the inmate who had been helping him with his habeas filings is going home. (*Id.* at 2.) Petitioner needs time to find another inmate to help him with his case. (*Id.*)

  The Court grants the motion for extension of time (ECF No. 73). Petitioner has up to and including Friday, June 23, 2023, to file a reply to the amended petition.

  DATED THIS 24th Day of April 2023.

                       _____
                        MIRANDA M. DU
                        CHIEF UNITED STATES DISTRICT JUDGE