UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CORY O'NEAL BREWER,<br><br>                       Petitioner,<br>     v.<br><br>WILLIAM REUBART, *et al.*,<br><br>                       Respondents. | Case No. 3:20-cv-00396-MMD-CLB<br><br>ORDER |

On June 26, 2023, *pro se* Petitioner Cory O'Neal Brewer filed a motion for extension of time (second request) to file his reply to the amended petition. (ECF No. 76.) Petitioner seeks a 20-day extension to file his reply because the inmate who had been helping him with his habeas filings went home. (*Id.* at 2.) However, that original helper is willing to help Petitioner draft a reply but needs some more time. (*Id.*)

It is therefore ordered that Petitioner's motion for extension of time (ECF No. 76) is granted. Petitioner has up to and including Friday, July 28, 2023, to file a reply to the amended petition.

DATED THIS 28th Day of June 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE